# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLE,<br><br>        Plaintiff,<br><br>  vs.<br><br>CROP PRODUCTION SERVICES, INC.,<br><br>        Defendant. | Case No. 1:18-cv-00024-LJO-SAB<br><br>ORDER RE STIPULATION MODIFYING SCHEDULING ORDER<br><br>(ECF No. 10) |

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that the March 8, 2018 Scheduling Order [ECF No. 9] is modified as follows:

    1.    Non-Expert Discovery Deadline:  April 26, 2019

    2.    Expert Initial Disclosures:  June 24, 2019;

    3.    Supplemental Expert Disclosure:  July 24, 2019

    4.    Expert Discovery Deadline:  August 22, 2019.

    5    All other aspects of the March 8, 2018 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**February 8, 2019**__                                           _____
                                                                            UNITED STATES MAGISTRATE JUDGE